## Commonwealth *v.* Owens, Appellant.

Submitted March 10, 1969. *Arthur K. Dils,* Public Defender, for appellant; *Jerome*

*T. Foerster*, Assistant District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

Order affirmed.